■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LA RUSSO, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CURTIS HARDIN, Appellant, against WARDEN OF CLINTON PRISON et al., Respondents.— Application for leave to prosecute appeal as a poor person. It appears from the moving papers that the appeal is from an order denying an order to show cause. Application denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESTON CARL KENYON, JR., Appellant.— Motion for leave to prosecute appeal as a poor person and for the assignment of counsel. Motion denied upon the ground that the moving papers fail to show that an appeal has been properly taken. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESTON CARL KENYON, JR., Appellant.— Motion for leave to prosecute appeal as a poor person and for the assignment of counsel. Motion denied upon the ground that the moving papers fail to show that an appeal has been properly taken. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GORDON FINK, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLIE STRONG, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person denied, on the ground that the papers do not indicate any meritorious ground for appeal. Motion in all other respects denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL J. ROOHE, Appellant, against SUPREME COURT, CLINTON COUNTY, et al., Respondents.— Motion for leave to prosecute appeal as a poor person granted, provided an appeal has been timely taken. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for assignment of counsel denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ WILLIAM E. SICKLER, Appellant, v. JACK LEHNER, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 15, 1959, and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. The appellant's attention is called to rule VII of the rules of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ FRANCIS G. WOLFF, Plaintiff, v. KEN DAVIS AND SON, INC., Defendant. Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before October 20, 1959 and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.